IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALLEN JOSHUA BROWN,                          *

                      Petitioner,            *

v.                                              Case No.   5:21-cv-00026-TES-CHW

                                    *

MONROE COUNTY GEORGIA,

                      *

                      Respondent.            *

                                    *

## J U D G M E N T

Pursuant to this Court's Order dated June 30, 2021, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

   This 1st day of July, 2021.

                            David W. Bunt, Clerk

                            s/ Vanessa Siaca, Deputy Clerk